**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **DEIDRA FELDER and** | § | |
| **BRUCE FELDER,** | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:20-CV-1259-SH** |
| | § | |
| | § | |
| **JERRY LOUIS BARTACHEK f/k/a** | § | |
| **JERRY LOUIS BARTACHELA,** | § | |
| *Defendant* | § | |

## FINAL JUDGMENT

On May 16, 2022, the Court called the above-styled and numbered cause for trial. After the parties announced that they were ready for trial, the Court empaneled a jury of eight legally qualified jurors. The case was submitted to the jury on May 18, 2022. That same day, at 11:35 a.m., the jury returned a verdict in favor of Plaintiffs Deidra Felder and Bruce Felder on the sole claim of negligence. The jury awarded Plaintiff Bruce Felder $1,683.52 for medical care expenses incurred in the past, and Plaintiff Deidra Felder $5,010.14 for medical care expenses incurred in the past. The jury declined to award any further monetary damages to either Plaintiff.

Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58:

**IT IS ORDERED** that Plaintiff Bruce Felder is awarded $1,683.52 in monetary damages from Defendant Jerry Louis Bartachek.

**IT IS FURTHER ORDERED** that Plaintiff Deidra Felder is awarded $5,010.14 in monetary damages from Defendant Jerry Louis Bartachek.

**IT IS FURTHER ORDERED** that costs of court are taxed against Defendant Jerry Louis Bartachek pursuant to Rule 54(d)(1).

Any request for attorney's fees must be filed within 14 days of this Final Judgment pursuant to Rule 54(d)(2).

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on May 18, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE