UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DEIDRA FELDER and** | § | |
| **BRUCE FELDER,** | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:20-CV-1259-SH** |
| | § | |
| **JERRY LOUIS BARTACHEK f/k/a** | § | |
| **JERRY LOUIS BARTACHELA,** | § | |
| *Defendant* | § | |

## AMENDED FINAL JUDGMENT

On May 16, 2022, the Court called the above-styled and numbered cause for trial. After the parties announced that they were ready for trial, the Court empaneled a jury of eight legally qualified jurors. The case was submitted to the jury on May 18, 2022. That same day, at 11:35 a.m., the jury returned a verdict in favor of Plaintiffs Deidra Felder and Bruce Felder on the sole claim of negligence. The jury awarded Plaintiff Bruce Felder $1,683.52 for medical care expenses incurred in the past, and Plaintiff Deidra Felder $5,010.14 for medical care expenses incurred in the past.

The jury's damages award was less than the amount Defendant offered in his Offer of Judgment made on May 2, 2022. Dkt. 33. Therefore, Plaintiff is entitled to costs of court only before Defendant made this offer, pursuant to Federal Rule of Civil Procedure 68(d).

Accordingly, the Court renders the following Amended Final Judgment pursuant to Federal Rules of Civil Procedure 58 and 60(b):

**IT IS ORDERED** that Plaintiff Bruce Felder is awarded $1,683.52 in monetary damages from Defendant Jerry Louis Bartachek.

**IT IS FURTHER ORDERED** that Plaintiff Deidra Felder is awarded $5,010.14 in monetary damages from Defendant Jerry Louis Bartachek.

**IT IS FURTHER ORDERED** that Plaintiffs are entitled to costs of court under 28 U.S.C. § 1920 for costs incurred before May 2, 2022, pursuant to Rules 54(d)(1) and 69(d).

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on July 26, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE